Fill in this information to identify the case:

Debtor name: **Pure Agrobusiness, Inc., a Nevada corporation**
United States Bankruptcy Court for the: **DISTRICT OF COLORADO**
Case number (if known): **18-14334-MER**

☒ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Spartan Capital Securities, LLC<br>45 Broadway<br>9th Floor<br>New York, NY 10006 | | Outstanding Principal/Interest | | | | $1,011,416.43 |
| Davis Graham & Stubbs<br>1550 17th Street<br>Suite 500<br>Denver, CO 80202 | | Legal Services | | | | $50,212.03 |
| Brian Lester<br>2046 Hillhurst<br>#49<br>Los Angeles, CA 90027 | | Outstanding Principal/Interest | | | | $26,617.33 |
| Morgan Lewis<br>101 Park Avenue<br>New York, NY 10178 | | Legal Services | | | | $25,539.96 |
| Bold Legal<br>1600 Broadway<br>Suite 1550<br>Denver, CO 80202 | | Legal Services | | | | $13,516.87 |
| Eric Watson<br>2046 Hillhurst<br>#49<br>Los Angeles, CA 90027 | | Outstanding Principal/Interest | | | | $6,602.32 |
| Richard Leeser<br>23461 East Otero Drive<br>Aurora, CO 80016 | | Consulting Services | | | | $3,150.00 |
| Corey Inniss<br>1516 West Mountain Avenue<br>Fort Collins, CO 80521 | | Substantially all assets of the Debtor | Unliquidated | $24,619,325.00 | Unknown | Unknown |

Official form 204         Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims         page 1

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy